STILLWATER HARDWARE COMPANY v. G. E. CAMPBELL and
Another.[1]

Oct. 15, 1895.

Nos. 9736—(298).

**Garnishment—Findings.**

*Held,* that the findings of fact made by the court below in a garnishee
proceeding were warranted by the disclosure, and the testimony produced
in behalf of an intervenor.

Action in the district court for Washington county by Stillwater
Hardware Company against G. E. Campbell as defendant, and Ed-
win St. John as garnishee.　Flora Campbell intervened as claimant
of moneys due by the garnishee to defendant, and from a judgment
in favor of plaintiff and against the garnishee for $222.08, entered
in pursuance of the findings and order of Williston, J., the inter-
venor appealed.　Affirmed.

*J. C. Nethaway,* for appellant.

*J. N. Searles,* for respondent.

COLLINS, J.　This appeal is by an intervenor in garnishment
proceedings from a judgment entered against the garnishee, and
in favor of the plaintiff garnisher, for a certain sum of money.　The
disclosure and the testimony offered by the intervenor in support of
her claim to be the owner of the fund in question appears to have
been taken by and before the clerk of the district court, and there-
after, upon examination of the same, the court made its findings
of fact, ordering judgment as before stated, and that the intervenor
take nothing.　The claim is made that, on the evidence, the court
should have found that the intervenor was entitled to the money.
There is no settled case before us and not a thing to show on what
proofs and testimony the court below made its findings.　But as-
suming that the return to this court contains all of the disclosure
and all of the testimony produced by the intervenor upon the hear-
ing before the clerk, and, further, that nothing more was submitted

[1] Reported in 64 N. W. 559.

to the court, it is clear that the findings were, at least, warranted by the proofs. Consequently, they cannot be disturbed.

The judgment stands affirmed.